**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| **Daphne Croutch-Blake,** | : |
| **Plaintiff,** | : **Civil Action No.:  3:14-cv-00660-MPS** |
| **v.** | : |
| **Diversified Adjustment Service, Inc. ; and DOES 1-10, inclusive,** | : |
| **Defendant.** | : |

_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Defendants Diversified Adjustment Service, Inc.  with prejudice and without costs to any party.

| | |
|---|---|
| Daphne Croutch-Blake | Diversified Adjustment Service, Inc. |
| **/s/ Sergei Lemberg** | **/s/ Michael J. Dugan** |
| Sergei Lemberg, Esq.<br>LEMBERG LAW LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Michael J. Dugan, Esq.<br>Litchfield Cavo LLP<br>82 Hopmeadow Street, Suite 210<br>Simsbury, CT 06089<br>(860) 413-2801<br>Attorney for Defendant |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg